United States Court of Appeals
Fifth Circuit

**F I L E D**

August 21, 2007

Charles R. Fulbruge III
Clerk

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 06-30674
Conference Calendar

TERRY KELLY

Plaintiff-Appellant

v.

LOUISIANA MEDICAL CENTER BOARD OF DIRECTORS; DR BABEL DOUGLAS; UNKNOWN SAVER; KATHLEEN BABINEAUX BLANCO; RICHARD L STALDER; BURL CAIN; DIRECTOR OF R E B TREATMENT CENTER

Defendants-Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:06-CV-202

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Terry Kelly, Louisiana prisoner # 84380, has filed an application to proceed in forma pauperis (IFP) on appeal following the district court's dismissal of his 42 U.S.C. § 1983 complaint, without prejudice, "for failure to correct deficiencies in [his] pleadings." Kelly's motion effectively challenges the district

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court's certification that he should not be granted IFP status because his appeal is not taken in good faith.  See Baugh v. Taylor, 117 F.3d 197, 202 (5th Cir. 1997); 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(a).

By failing to direct his motion solely to the district court's reasons for the certification decision, Kelly has effectively abandoned the only issue that is properly before this court.  See Baugh, 117 F.3d at 202; Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).  Accordingly, Kelly's request for IFP status is denied, and his appeal is dismissed as frivolous.  See Baugh, 117 F.3d at 202 & n.24; 5TH CIR. R. 42.2.

The dismissal of this appeal as frivolous counts as a strike for purposes of § 1915(g).  See Adepegba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1996).  Kelly is cautioned that if he accumulates three strikes, he will not be permitted to proceed IFP in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury.  See  § 1915(g).

IFP DENIED; APPEAL DISMISSED; SANCTION WARNING ISSUED.